## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

SHERRY STEVENS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

MASON COMPANIES, INC.,

    Defendant.

CASE NO. 3:21-cv-00750-wmc

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Sherry Stevens, hereby dismisses the above-entitled action against defendant Mason Companies, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: April 27, 2022

Respectfully submitted,

By: /s/ Frank S. Hedin

Frank S. Hedin
fhedin@hedinhall.com
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801

*Counsel for Plaintiff*